UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| L.C., a minor child, *et al.*,<br><br>Plaintiffs,<br>v.<br>WASHOE COUNTY SCHOOL DISTRICT, *et al.*,<br><br>Defendant. | Case No. 3:18-cv-00585-MMD-CBC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CARLA BALDWIN CARRY |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin Carry (ECF No. 15) ("R&R"). No objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then

the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Carry's R&R. The R&R recommended that this action be dismissed based upon Plaintiff's failure to notify the Court of his change of address pursuant to LR IA 3-1. (ECF No. 15 at 2.) While the R&R was not returned as undeliverable, many prior orders have been returned as undeliverable. (*See* ECF Nos. 6, 7, 8, 9, 10, 11, 12, 14.) In addition, no objections have been filed to date, even though objections were due by May 8, 2019. (ECF No. 15.) Upon reviewing the R&R and record in this case, the Court finds good cause to adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Carla Baldwin Carry (ECF No. 15) is accepted and adopted in its entirety.

It is further ordered that this action is dismissed for Plaintiffs' failure to comply with LR IA 3-1.

DATED THIS 13th day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE